NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

16-997 consolidated with 16-996

STATE IN THE INTEREST OF

K.D.P., J.L.C. & J.S.C.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 28440 C/W NO. 26731
HONORABLE LILYNN ANNETTE CUTRER, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Marc T. Amy, Judges.

AFFIRMED.

Nick Pizzolatto, Jr.
Louisiana Department of Children & Family Services
1919 Kirkman Street
Lake Charles, LA 70601
Telephone: (337) 491-2066
COUNSEL FOR:
    Appellee – Louisiana Department of Children & Family Services

Bethany Blackson
Calcasieu Parish District Attorney's Office
901 Lakeshore Drive
Lake Charles, LA 70601
Telephone: (337) 437-3400
COUNSEL FOR:
    Appellee - State of Louisiana

**Luwanna Burnett**
**Child Advocacy Program**
**One Lakeshore Drive – Suite 1585**
**Lake Charles, LA 70629**
**Telephone:  (337) 491-2461**
**COUNSEL FOR:**
  **Appellees - K.D.P. (child), J.L.C. (child), and J.S.C. (child)**

**A.P. (mother)**
**In Proper Person**
**2310 Tuna Lane**
**Lake Charles, LA 70605**
**Telephone:  (337) 377-3851**
  **Appellant - A.P. (mother)**

**J.C. (father)**
**In Proper Person**
**1639 Whispering Pines Drive**
**Lake Charles, LA 70605**
**Telephone:  (337) 563-9164**
  **Appellant - J.C. (father)**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *State in the Interest of J.L.C. & J.S.C.*, 16-996 (La.App. 3 Cir. __/__/17), __ So.3d __, the judgment of the trial court is affirmed.

All costs are assessed to J.C.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. RULE 2-16.3, UNIFORM RULES—COURTS OF APPEAL.